IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| STEPHANIE STOUT, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| vs. § | Case No. 3:23-cv-00080-DCG |
| § | |
| ACCOUNT RESOLUTION SERVICES, § | |
| LLC, CONSUMER ADJUSTMENT § | |
| COMPANY, INC., PARAMOUNT § | |
| RECOVERY SYSTEMS, L.P., § | |
| EXPERIAN INFORMATION § | |
| SOLUTIONS, INC., EQUIFAX § | |
| INFORMATION SERVICES, LLC, TRANS § | |
| UNION, LLC, § | |
| § | |
| *Defendants*. § | |

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services (who has been incorrectly named herein as Account Resolution Services, LLC), files its Corporate Disclosure Statement, and makes the following disclosures:

1.  The full name of this Defendant is Healthcare Revenue Recovery Group, LLC.

2.  HCFS Health Care Financial Services, LLC is the sole member of Healthcare Revenue Recovery Group, LLC.

3.  Neither Healthcare Revenue Recovery Group, LLC nor HCFS Health Care Financial Services, LLC is a publicly held corporation.

4.  Both Healthcare Revenue Recovery Group, LLC and HCFS Health Care Financial Services, LLC are non-governmental entities.

Dated: February 26, 2023.                    Respectfully submitted,

*/s/ Kevin T. Crocker*
Kevin Thomas Crocker, Esq.
Texas Bar No. 05087250

BARRON & NEWBURGER, P.C.
7320 N. MoPac Expwy., Ste. 400
Austin, Texas 78731
(512) 649-2417 [Direct]
(512) 279-0310 [Fax]
E-Mail:  kcrocker@bn-lawyers.com

ATTORNEYS FOR DEFENDANT HEALTHCARE REVENUE RECOVERY GROUP, LLC

**CERTIFICATE OF SERVICE**

This is to certify that on the 26th day of February, 2023, a true and correct copy of the foregoing "*Defendant's Corporate Disclosure Statement*" was served *via the Court's CM/ECF system and/or by e-mail transmission* on: (i) counsel for Plaintiff, Shawn Jaffer, Esq., Allen "Trey" Robertson, Esq., Robert Leach, Esq., Phillip Pool, Esq., Jaffer & Associates, PLLC, 5757 Alpha Road, Ste. 430, Dallas, Texas 75240, (214) 494-1871 [Telephone], (469) 669-0786 [Fax], e-mails: shawn@jaffer.law, allen@jaffer.law, robert@jaffer.law, phillip@jaffer.law, and/or attorneys@jaffer.law; (ii) counsel for Defendant Equifax Information Services LLC, Forrest M. "Teo" Seger III, CLARK HILL PLC, 2301 Broadway St., San Antonio, Texas 78215, (210) 250-6000 [Telephone], (210) 250-6100 [Fax], e-mail: TSeger@clarkhill.com; and (iii). counsel for Defendant Consumer Adjustment Company, Cooper M. Walker, Esq., Frost Echols LLC, 18383 Preston Road, Suite 350, Dallas, Texas 75252, (817) 290-4356 [Telephone], e-mail: Cooper.Walker@frostechols.com.

*/s/ Kevin T. Crocker*
Kevin T. Crocker, Esq.