UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| STEPHANIE STOUT, | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | |
| ACCOUNT RESOLUTION SERVICES, LLC; | § | |
| CONSUMER ADJUSTMENT COMPANY, INC.; | § | |
| PARAMOUNT RECOVERY SYSTEMS, L.P.; | § | EP-23-CV-00080-DCG |
| EXPERIAN INFORMATION SOLUTIONS, INC.; | § | |
| EQUIFAX INFORMATION SERVICES, INC.; and | § | |
| TRANS UNION LLC, | § | |
| *Defendants*. | § | |

## ORDER FOR DISMISSAL PAPERS

Plaintiff Stephanie Stout reports that she and Defendant Experian Information Solutions, Inc. have "reached a settlement" and "are presently drafting, finalizing, and executing the settlement and dismissal documents."[1]  Notice, ECF No. 9.  She requests some time "to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court," but it's unclear whether she wants 30 or 60 days to do so.  *See id.* ("Plaintiff respectfully requests *sixty (30)* days . . . ." (emphasis added)).  The Court will give the parties 30 days, which is how much it usually gives litigants to file dismissal papers once they announce a settlement.

---

[1] As far as the Court is aware, Plaintiff has not settled her claims against the remaining Defendants.

- 2 -

The Court thus **ORDERS** Plaintiff and Experian to **FILE DISMISSAL PAPERS** by **April 24, 2023**. If they need additional time to complete settlement documents and prepare dismissal papers, they **SHALL FILE** a request for additional time by that same date.

**So ORDERED and SIGNED this 24th day of March 2023.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**