UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| STEPHANIE STOUT, § § § *Plaintiff*, § v. § § ACCOUNT RESOLUTION SERVICES, § LLC; § CONSUMER ADJUSTMENT § COMPANY, INC.; § PARAMOUNT RECOVERY SYSTEMS, § L.P.; § EXPERIAN INFORMATION § SOLUTIONS, INC.; § EQUIFAX INFORMATION § SERVICES, INC.; and § TRANS UNION LLC, § § *Defendants*. § | EP-23-CV-00080-DCG |

### ORDER REQUIRING PLAINTIFF TO COMPLY WITH
### STANDING ORDER TO REPLEAD IN REMOVAL CASES

Defendant Equifax Information Services, LLC removed this case on February 23, 2023. Notice Removal, ECF No. 1. This Court's "Standing Order to Replead in Removal Cases" provides that, "in all removed cases," the plaintiff must

> replead by separately filing a complaint that conforms to the requirements of Federal Rules of Civil Procedure 8 and 9 . . . within fourteen (14) calendar days of the expiration of the thirty-day deadline to file a motion to remand pursuant to 28 U.S.C. § 1447(c) or within fourteen days of the Court's order denying a motion to remand.

Standing Order, ECF No. 2. To alert the parties to this requirement, the Court posted a copy of that Standing Order on this case's docket the day after Equifax removed the case. *Id.*

- 2 -

Plaintiff Stephanie Stout didn't file a motion to remand before 28 U.S.C. § 1447(c)'s 30-day deadline expired on March 27, 2023.[1]  Thus, Plaintiff's 14-day deadline to replead under the Standing Order expired on April 10, 2023.  Plaintiff didn't replead by that date.

The Court therefore **ORDERS** Plaintiff to file a repleaded complaint in accordance with this Court's "Standing Order to Replead in Removal Cases" (ECF No. 2) by **April 25, 2023**.

The Court **WARNS** Plaintiff that it will not tolerate further disregard of its orders, deadlines, and rules.

**So ORDERED and SIGNED this 11th day of April 2023.**

_____
**DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE**

---

[1] Thirty days after the removal date was March 25, 2023.  Because that date was a Saturday, Plaintiff's deadline to remand under 28 U.S.C. § 1447(c) expired the following Monday.  *See* FED. R. CIV. P. 6(a)(1)(C).