IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS EL PASO
DIVISION

| | |
|---|---|
| STEPHANIE STOUT,<br>Plaintiff,<br><br>v.<br><br>ACCOUNT RESOLUTION SERVICES, LLC, ET AL<br>  Defendants. | Civil action no.: 3:23-cv-00080-DCG |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

TO THE HONORABLE JUDGE:

**COMES NOW**, Plaintiff STEPHANIE STOUT ("Plaintiff"), Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), by and through her undersigned counsel, hereby voluntarily dismisses with prejudice Defendant Experian Information Solutions, Inc. ("Experian") from this action. There are no longer any issues in this matter between Plaintiff and Defendant Experian to be determined by this Court. This notice does not affect the other Defendants in the above styled action.

DATED:   April 24, 2023                                    Respectfully Submitted,

/s/ *Allen Robertson*
**SHAWN JAFFER**
SB 24107817 S.D. TEX. BAR NO. 3269218
**ALLEN ROBERTSON**
SB 24076655
**ROBERT LEACH**
SB 24103582 S.D. TEX. BAR NO. 3675312
**SHAKERIA NORTHCROSS**
SB 24116836
**JAFFER & ASSOCIATES, PLLC**
5757 ALPHA RD SUITE 580
DALLAS, TX 75240
(T) 214.494.1871 (F) 888.509.3910
(E) ALLEN@JAFFER.LAW  ATTORNEYS@JAFFER.LAW
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was electronically filed and served via CM/ECF upon the following, in accordance with the Federal Rules of Civil Procedure on April 24, 2023.

/s/ *Allen Robertson*
Allen Robertson