UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| STEPHANIE STOUT, | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | |
| ACCOUNT RESOLUTION SERVICES, LLC; | § | |
| CONSUMER ADJUSTMENT COMPANY, INC.; | § | |
| PARAMOUNT RECOVERY SYSTEMS, L.P.; | § | EP-23-CV-00080-DCG |
| EXPERIAN INFORMATION SOLUTIONS, INC.; | § | |
| EQUIFAX INFORMATION SERVICES, INC.; and | § | |
| TRANS UNION LLC, | § | |
| *Defendants*. | § | |

## ORDER FOR DISMISSAL PAPERS

Plaintiff Stephanie Stout reports that she and Defendant Account Resolution Services, LLC "have reached a settlement" and "are presently drafting, finalizing, and executing the settlement and dismissal documents." Notice, ECF No. 20.[1] She requests 60 days "to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court." *Id.* Although the Court customarily gives litigants only 30 days to file dismissal papers after they announce a settlement, the Court doesn't object to giving Plaintiff and Account Resolution Services the 60 days they request here.

---

[1] That settlement "does not affect the other parties" to this case. Notice at 1.

- 2 -

The Court thus **ORDERS** Plaintiff and Defendant Account Resolution Services, LLC to **FILE DISMISSAL PAPERS** by **July 7, 2023**.  If they need more time to complete settlement documents and prepare dismissal papers, they **SHALL FILE** a request for more time by that same date.

**So ORDERED and SIGNED this 8th day of May 2023.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**