IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS EL PASO
DIVISION

| | |
|---|---|
| STEPHANIE STOUT,<br>Plaintiff,<br><br>v.<br><br>ACCOUNT RESOLUTION SERVICES, LLC, ET AL<br>  Defendants. | Civil action no.: 3:23-cv-00080-DCG |

<u>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO DEFENDANT TRANS UNION, LLC**</u>

TO THE HONORABLE JUDGE:

**COMES NOW**, Plaintiff STEPHANIE STOUT ("Plaintiff"), Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), by and through her undersigned counsel, hereby voluntarily dismisses with prejudice Defendant Trans Union, LLC ("TransU") from this action. There are no longer any issues in this matter between Plaintiff and Defendant TransU to be determined by this Court. This notice does not affect the other Defendants in the above styled action.

DATED:   June 19, 2023                                               Respectfully Submitted,

/s/ *Allen Robertson*

SHAWN JAFFER
SB 24107817
ALLEN ROBERTSON
SB 24076655
ROBERT LEACH
SB 24103582
JAFFER & ASSOCIATES, PLLC
5757 ALPHA RD SUITE 580
DALLAS, TX 75240
(T) 214.494.1871 (F) 888.509.3910
(E) ALLEN@JAFFER.LAW ATTORNEYS@JAFFER.LAW
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was electronically filed and served via CM/ECF upon the following, in accordance with the Federal Rules of Civil Procedure on June 19, 2023.

/s/ *Allen Robertson*
Allen Robertson