UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| STEPHANIE STOUT,<br><br>    *Plaintiff*,<br>v.<br><br>ACCOUNT RESOLUTION SERVICES, LLC;<br>CONSUMER ADJUSTMENT COMPANY, INC.;<br>PARAMOUNT RECOVERY SYSTEMS, L.P.; and<br>EQUIFAX INFORMATION SERVICES, INC.,<br><br>    *Defendants*. | EP-23-CV-00080-DCG |

## ORDER FOR DISMISSAL PAPERS

Plaintiff Stephanie Stout reports that she, Defendant Equifax Information Services, LLC, and Defendant Consumer Adjustment Company, Inc. ("CACi") (collectively, the "Settling Parties") "have reached a settlement" and "are presently drafting, finalizing, and executing the settlement and dismissal documents."[1]  Plaintiff requests 60 days "to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court."[2]

The Court thus **ORDERS** the Settling Parties to **FILE DISMISSAL PAPERS** by **August 22, 2023**.  If they need more time to complete settlement documents and prepare dismissal papers, they **SHALL FILE** a request for more time by that same date.

---

[1] Equifax Notice, ECF No. 30; CACi Notice, ECF No. 31.

As far as the Court is aware, Plaintiff has not settled her claims against the only remaining Defendant, Paramount Recovery Systems, L.P.  *See, e.g.*, Equifax Notice ("This notice does not affect the other parties in the above styled action."); CACi Notice (same).

[2] Equifax Notice; CACi Notice.

- 2 -

**So ORDERED and SIGNED this 23rd day of June 2023.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**