IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| STEPHANIE STOUT, <br> Plaintiff, <br><br> v. <br><br> ACCOUNT RESOLUTION SERVICES, LLC, ET AL <br> Defendants. | Civil action no.: 3:23-cv-00080-DCG |

## NOTICE OF PENDING SETTLEMENT
## AS TO DEFENDANT PARAMOUNT RECOVERY SYSTEMS, L.P.

Plaintiff, STEPHANIE STOUT, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant Paramount Recovery Systems, L.P., have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiffs respectfully request sixty (60) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court. This notice does not affect the other parties in the above styled action.

DATED:  June 26, 2023

Respectfully Submitted,

/s/ *Allen Robertson*

**SHAWN JAFFER**
SB 24107817
**ALLEN ROBERTSON**
SB 24076655
**ROBERT LEACH**
SB 24103582
**JAFFER & ASSOCIATES, PLLC**
5757 ALPHA RD SUITE 580
DALLAS, TX 75240
(T) 214.494.1871 (F) 888.509.3910
(E) ALLEN@JAFFER.LAW ATTORNEYS@JAFFER.LAW
**ATTORNEYS FOR PLAINTIFF**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was electronically filed and served via CM/ECF upon the following, in accordance with the Federal Rules of Civil Procedure on June 26, 2023.

/s/ *Allen Robertson*
Allen Robertson