# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| STEPHANIE STOUT, | § | |
| *Plaintiff*, | § | |
| v. | § | |
| ACCOUNT RESOLUTION SERVICES, LLC; | § | EP-23-CV-00080-DCG |
| CONSUMER ADJUSTMENT COMPANY, INC.; | § | |
| PARAMOUNT RECOVERY SYSTEMS, L.P.; and | § | |
| EQUIFAX INFORMATION SERVICES, INC., | § | |
| *Defendants*. | § | |

## ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT ACCOUNT RESOLUTION SERVICES, LLC

Plaintiff Stephanie Stout and Defendant Account Resolution Services, LLC ("ARS") have jointly stipulated to dismiss Plaintiff's claims against ARS with prejudice. Joint Stipulation, ECF No. 35.

The Court accordingly **DISMISSES** Plaintiff's claims against ARS **WITH PREJUDICE**. Plaintiff and ARS shall each bear their own costs and attorney's fees.

Plaintiff's dismissal of her claims against ARS does not dispose of her claims against the remaining Defendants. The Court therefore respectfully **INSTRUCTS** the Clerk of Court to keep this case **OPEN**.

**So ORDERED and SIGNED this 7th day of July 2023.**

_____
**DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE**