UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| STEPHANIE STOUT, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | EP-23-CV-00080-DCG |
| PARAMOUNT RECOVERY SYSTEMS, L.P. | § § § § | |
| *Defendant*. | § | |

## SECOND ORDER FOR DISMISSAL PAPERS

Paramount Recovery Systems, L.P. is the only Defendant remaining in this case. On June 26, 2023, Plaintiff Stephanie Stout announced that she and Paramount had "reached a settlement of this case" and were "presently drafting, finalizing, and executing the settlement and dismissal documents." Notice, ECF No. 33. The Court accordingly ordered Plaintiff and Paramount "to file dismissal papers by August 25, 2023." Order, ECF No. 34 (emphases omitted). The Court also told the parties that if they ultimately needed "more time to complete settlement documents and prepare dismissal papers," they'd have to "file a request for more time by that same date." *Id.* (emphasis omitted).

The August 25, 2023 deadline has now expired, yet neither Plaintiff nor Paramount has filed dismissal papers or requested more time to do so.

The Court therefore **ORDERS** Plaintiff and Paramount to **FILE DISMISSAL PAPERS** by **September 4, 2023**. If the parties need more time to comply, they **SHALL FILE** a request for more time by that same date. If the settlement has fallen through, the parties **SHALL INFORM** the Court by that same date.

- 2 -

**So ORDERED and SIGNED this 28th day of August 2023.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**